■ HARRY V. PETTIT, IV, Appellant, v SENECA WIRE & MANUFACTURING COMPANY et al., Respondents. [632 NYS2d 1022] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Nicholson, J. (Appeal from Order of Supreme Court, Onondaga County, Nicholson, J.—Summary Judgment.) Present—Denman, P. J., Pine, Wesley, Balio and Davis, JJ.